**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                       )<br>            Plaintiff,                        )<br>                                                       )<br>      vs.                                          )<br>                                                       )<br>RUBEN DE LA PENA,                    )<br>                                                       )<br>            Defendant.                    )<br>_____) | 3:10-cr-00142-RCJ-VPC-1<br><br>**ORDER** |

The Court sentenced Defendant to 120 months imprisonment, to be followed by five years of supervised release. Defendant asked the Court to reduce his sentence under 18 U.S.C. § 3582(c)(2) and Amendment 782 to U.S.S.G. § 1B1.10. The Court denied the motion because Defendant had been sentenced to the statutory minimum such that no retroactive amendment to the guideline range could aid him. *See, e.g.*, *United States v. Sykes*, 658 F.3d 1140, 1146 (9th Cir. 2011). Defendant has filed a successive motion for a reduction.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Reduce Sentence (ECF No. 85) is DENIED.

IT IS SO ORDERED.

Dated this 30th day of April, 2015.

_____
ROBERT C. JONES
United States District Judge